### JOHN ORNEL v. STATE.

No. A-714. Opinion Filed September 5, 1911.

Appeal from Coal County Court; R. H. Wells, Judge.

John Ornel was convicted of violating the prohibition law, and appeals. Dismissed.

George Trice and Cutler & McInnis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The plaintiff in error was tried and convicted in the county court of Coal county, and on the 10th day of April, 1909, sentenced to pay a fine of two hundred fifty dollars and serve thirty days in the county jail of said county. The case-made with petition in error was filed on the 11th day of April, 1910. The Attorney General has filed a motion to dismiss the appeal on the ground that more than a year had elapsed before the appeal was perfected in this court. The motion is well taken and is sustained. The appeal is accordingly dismissed.

---

### HOMER RHOADS v. STATE.

No. A-867. Opinion Filed September 5, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

Homer Rhoads was convicted of violating the prohibitory law, and appeals. Dismissed.

A. D. Garrish, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The appellant in this case was paroled by the Governor of Oklahoma on January 7, 1911. Under the authority of Gilmore v. State, 3 Okla. Cr. 639, this appeal is hereby dismissed.